## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

CASE NO.: _____

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>Defendants. | Case No. 18 Misc. _____<br><br>CASE IN OTHER COURT: *Ryan W. Zimmerman*, *et al. v. Al Jazeera America, LLC, et al.*, Case Nos. 16-cv-00013 (KBJ) and 16-cv-00014 (KBJ) (D.D.C.)<br><br>**NOTICE OF MOTION TO QUASH SUBPOENA SERVED ON AT&T** |
| RYAN J. HOWARD<br><br>Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned, on behalf Ryan W. Zimmerman ("Zimmerman") and Ryan J. Howard ("Howard"), Plaintiffs in the underlying action pending in the U.S. District Court for the District of Columbia, and pursuant to Federal Rule of Civil Procedure 45 hereby submit this Motion to Quash the subpoena served upon non-party AT&T Mobility ("AT&T") by Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies (collectively "Al Jazeera") in the underlying action.

As stated more fully in the accompanying Memorandum of Law and Declaration of Scott E. Lerner, the subpoena Al Jazeera served is untimely, overbroad, seeks irrelevant information, is

duplicative of information already obtained through discovery, and needlessly invades Howard's and Zimmerman's privacy.

Dated: September 12, 2018

Respectfully submitted,

By: */s/ Juan P. Morillo*
Juan P. Morillo
Florida Bar No. 135933
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, 9th Floor
Washington, DC  20005
Telephone:  202-538-8000
Facsimile:  202-538-8100
juanmorillo@quinnemanuel.com

Ellyde R. Thompson
(*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
ellydethompson@quinnemanuel.com

*Counsel for Ryan W. Zimmerman and Ryan J. Howard*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of Ryan W. Zimmerman's and Ryan J. Howard's Motion to Quash Al Jazeera's Subpoena Served on AT&T Mobility was served upon the following counsel for Al Jazeera Media Network, Al Jazeera International (USA) LLC (formerly known as Al Jazeera International (USA), Inc.), Al Jazeera America, LLC, and Deborah Davies on September 12, 2018 at the following e-mail addresses:

    Gregg L. Bernstein—gbernstein@zuckerman.com

    Alicia Shelton—ashelton@zuckerman.com

 

                                              /s/ Scott E. Lerner
                                              Scott E. Lerner